**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MELVIN BARTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-07-340-M |
| ) | |
| MIKE ADDISON, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On April 5, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that this action be transferred to the United States District Court for the Eastern District of Oklahoma. The parties were advised of their right to object to the Report and Recommendation by April 25, 2007. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 5, 2007, and

(2) TRANSFERS this action to the United States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED this 21st day of May, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE